IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JOHN MacKAY, | : |
| Plaintiff(s) and Relator, | : |
| vs. | : Case Number: 1:04cv327 |
| | : Chief Judge Susan J. Dlott |
| TOUCHSTONE RESEARCH LABORATORIES, LTD., | : |
| Defendant(s). | : |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Timothy S. Hogan filed on September 3, 2009 (Doc. 54), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired September 24, 2009, hereby ADOPTS said Report and Recommendation.

Accordingly, the motion and memorandum in support of Relator's Application for an Award of Attorney Fees and Expenses (Doc. 40) is **GRANTED.**

Morgan Verkamp, LLC is **AWARDED** $78, 857.93 in attorney fees and $1,796.74 in costs.

Stone Law Firm is **AWARDED** $47,307.08 in attorney fees and $915.03 in costs.

IT IS SO ORDERED.

                                                     ___s/Susan J. Dlott_____
                                                     Chief Judge Susan J. Dlott
                                                     United States District Court