IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff(s), | |
| vs. | Case Number: 1:04cv327 |
| TOUCHSTONE RESEARCH, | Chief Judge Susan J. Dlott |
| Defendant(s). | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Timothy S. Hogan filed on August 31, 2009 (Doc. 52), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired , hereby ADOPTS said Report and Recommendation.

Accordingly, the Motion for Attorney Fees filed by Helmer, Martins, Rice and Popham is entitled to its fee for work done on this case as follows: $11,934.96 for legal work to settlement, $361.40 for costs and $256.95 for work pursuant to its fee application for a total of $12,553.31.

IT IS SO ORDERED.

   s/Susan J. Dlott
Chief Judge Susan J. Dlott
United States District Court